plaintiff.   In order to establish the fact relied upon, Col. Taylor was produced as a witness, who swore that the plaintiff had handed the *venire* to him, with a request that he would deliver it to M'Pherson, the deputy sheriff of Hunterdon county, and desire him to summon the jury from the upper part of the county, and not from the neighborhood of Trenton, or words to the same effect.   In consequence of this direction, he did not hand the *venire* personally to M'Pherson, but sent it to him, with the message from the plaintiff.   The plaintiff, however, did not designate any individuals for selection by the sheriff.

PER CUR.   Let the array be quashed.

C. J.   There is no discriminating between such interferences as would be harmless, or injurious.   The purity and very existence of trial by jury, depend upon an impartial selection of those who are to judge between the parties, and the fair execution of the *venire*.   Every species of interference by the parties must be prevented.   (*a*)

Array quashed.

(*a*). See *Tr. per Pais* 169 ; *Vin. Ab., tit.* " *Trial,*" 232.

CITED *in Chews* v. *Driver, Coxe* 167.

KELLY v. JAMES.

An allegation that sheriff is favorable to defendant, and an expectation he would not perform his duty, not sufficient ground to direct the execution to the coroner.   *Vide Plowd.* 74.

In this case, *Leake,* for plaintiff, moved for leave to direct the execution to the coroner, upon the allegation that the sheriff was favorable to the defendant, and there were reasons to apprehend he would, in consequence, be remiss in the

performance of his duty. He cited 4 *Inst.* 271; 1 *Bl. Com.* 349; 3 *Bl. Com.* 354.

KINSEY, C. J. The motion is not supported by the cases. All the books cited merely recognize the general principle [7] that in case the sheriff be legally incompetent to execute the process of the court, it may be directed to the coroner. Unless there be some special legal cause of objection pointed out and supported by full and clear evidence, we should not conceive ourselves warranted to direct the execution to the coroners.

Rule refused.